# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: <br><br>    Raynesford T Bacorn <br>       aka Raynesford Taylor Bacorn <br><br>                Debtor(s) | Case No.: 2–10–20080–JCN <br>Chapter: 13 <br><br>SSN:  xxx–xx–0610 |

Raynesford Taylor Bacorn  
399 E. 14th Street  
Elmira Heights, NY 14903

     Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

[ X ]    Case Title and/or case number was not provided with original application.

[   ]    Affidavit is not dated.

[   ]    Claimant's current address was not provided with original affidavit.

[   ]    Claimant must state why check was not presented for payment at the time of original issuance.

[ X ]    Requested amount of reimbursement must be stated on affidavit.

[ X ]    Affidavit must state that reimbursement checks will be "made payable to claimant only," that the "claimant is in fact due the monies," and that all information provided is done so "under penalty of perjury."

[ X ]    Affidavit must be notarized.

[   ]    Notarized Power of Attorney is required for all claimants using a second party to reclaim funds. All corporations must also submit an affidavit stating that claimant is aware of State Law Requirements for being a personal representative of the corporation.

[   ]    Documentation to substantiate claimant name change from original disbursement is needed.

[ X ]    Documentation of Certificate of Service to the U.S. Attorney was not provided with application.

[ X ]    Required Tax Identification Number or Social Security Number was not provided with application.

[ X ]    Other: Please submit valid photo identification, such as a drivers liscense or passport. The statement that the claimant "is in fact, due monies being requested" must be included in your affidavit.

    If you have any further questions, please call the Court at 716–362–3200.

Date: October 11, 2011                              Paul R. Warren  
                                                                                         Clerk of Court

Enclosures

Form dfyuncla/Doc 47  
www.nywb.uscourts.gov